# EXHIBIT "A"

Date Filed 3/8/2023 10:13 AM Case 1:23-cv-11144-GAO  Document 1-1  Filed 05/22/23  Page 2 of 8
Superior Court - Bristol
Docket Number

#1

COMMONWEALTH OF MASSACHUSETTS
BRISTOL,SS SUPERIOR COURT
FILED

BRISTOL, SS.                                    SUPERIOR COURT
                                                CIVIL ACTION

SORAYA SANTIAGO                    MAR - 8 2023
    Plaintiff,
                                   JENNIFER A. SULLIVAN, ESQ.
                                   CLERK / MAGISTRATE
v.                                              C.A. No: 2373CV00157C
                                                **JURY TRIAL CLAIMED**

BJ'S WHOLESALE CLUB, INC.
    Defendant.

## COMPLAINT

### PARTIES AND JURISDICTION

1.  Plaintiff Soraya Santiago is a resident of Pawtucket, Rhode Island.

2.  At all relevant times hereto, Defendant BJ's Wholesale Club, Inc. ("BJ's") was and is a foreign corporation formed and existing under the laws of the State of Delaware, licensed to transact business in the Commonwealth of Massachusetts.

3.  At all relevant times hereto, Defendant BJ's owned and operated a business located on or about 287 Washington Street, South Attleboro, Massachusetts.

4.  Venue is proper in this Court.

5.  The matter in controversy, exclusive of interest and costs, exceeds the jurisdictional threshold of this Court.

### BRIEF FACTS

6.  Plaintiff re-alleges and incorporates by reference the allegations contained in Paragraphs 1-5 herein.

7. On or about February 12, 2022, upon information and belief, Defendant Demoulas Super Markets was the owner of real property located on or about 287 Washington Street, South Attleboro, Massachusetts.

8. On or about February 12, 2022, while lawfully on the premises Plaintiff was injured by a dangerous condition(s) existing thereon.

## COUNT I
### (Negligence: Soraya Santiago v. BJ's)

9. Plaintiff re-alleges and incorporates by reference the allegations contained in Paragraphs 1-8 herein.

10. At the aforesaid date and location, Plaintiff, was reasonably expected to be on the premises.

11. BJ's owed Plaintiff a duty to exercise reasonable care for his safety, as well as to protect against the risks of dangerous condition(s) existing on the premises that BJ's either knew of or, in the exercise of reasonable care, would have discovered.

12. BJ's breached its duty owed to Plaintiff since, *inter alia*, BJ's knew or, in the exercise of reasonable care would have discovered, the dangerous condition(s) which injured Plaintiff and either: (1) breached a covenant to repair and or correct said dangerous condition(s) or, alternatively, assumed the responsibility for repairing and/or correcting such dangerous condition(s), yet failed to do so; and/or (2) the dangerous condition(s) which injured Plaintiff resulted from a latent defect(s) on the premises which were known to BJ's and which BJ's failed to protect Plaintiff from.

13. As a direct, proximate result of BJ's breach(es), Plaintiff suffered physical injuries, and has in the past and will in the future continue to experience physical and mental pain and suffering, as well as medical and rehabilitation expenses.

2

WHEREFORE, Plaintiff Soraya Santiago demands judgement against Defendant BJ's for all recoverable damages including but not limited to interest and costs.

> Plaintiff,
> Soraya Santiago,
> Through her attorneys,
>
> /s/ Gregory P. Sorbello
> Gregory P. Sorbello, Esq. (#653628)
> Michael R. Bottaro, Esq. (#665985)
> The Bottaro Law Firm, LLC
> 756 Eddy Street
> Providence, RI 02903
> Tel. (401) 383-5007
> Fax (401) 383-5005

Dated: March 8, 2023

## CLAIM OF JURY TRIAL

Plaintiff hereby claims jury trial on all issues so triable and designates Gregory P. Sorbello, Esq. as her trial counsel.

> /s/ Gregory P. Sorbello
> Gregory P. Sorbello, Esq. (#653628)

3

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>2373CV00157C | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| PLAINTIFF(S): Soraya Santiago<br>ADDRESS: 156 Broadway Apt. 201<br>Pawtucket, RI 02860 | BRISTOL, SS SUPERIOR COURT<br>FILED<br>MAR - 8 2023<br>DEFENDANT(S): BJ's Wholesale Club, Inc. | COUNTY<br>Bristol |
| ATTORNEY: Gregory P. Sorbello, Esq.<br>ADDRESS: 756 Eddy Street, Providence, RI 02903 | JENNIFER A. SULLIVAN, ESQ.<br>CLERK / MAGISTRATE | CT Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 |
| BBO: 653628 | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Other Negligence - Personal Injury | F | ☒ YES   ☐ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................................................................................... $ 2,079.57
2. Total doctor expenses ............................................................................................................. $ 7,599.33
3. Total chiropractic expenses .................................................................................................... $
4. Total physical therapy expenses ............................................................................................ $ 8,800.00
5. Total other expenses (describe below) .................................................................................. $
   Subtotal (A): $ 18,478.90
Rescue, Orthopedic, Imaging

B. Documented lost wages and compensation to date .............................................................. $ n/a
C. Documented property damages to dated .............................................................................. $ n/a
D. Reasonably anticipated future medical and hospital expenses ............................................. $ 22,500
E. Reasonably anticipated lost wages ........................................................................................ $ n/a
F. Other documented items of damages (describe below) ........................................................ $ TBD

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Permanent Injury due to Closed Spiral Fracture Of The Distal Fibular Metaphysis, Open Reduction
& Internal Fixation with Plate and Screws

TOTAL (A-F): $ TBD

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):
N/A

TOTAL: $ TBD

Signature of Attorney/Pro Se Plaintiff: X _____   Date: 03/08/2023

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

N/A

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____   Date: 03/08/2023

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | |
|---|---|
| AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c.231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical / Wrongful Death | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death, G.L. c.229 §2A | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10 §28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c.249 §4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G. L. c. 93 §9 | (A) |
| E07 Mass Antitrust Act, G. L. c. 93 §8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149 §§29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12 §11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123 §9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E94 Forfeiture, G.L. c265 §56 | (X) |
| E95 Forfeiture, G.L. c.94C §47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231 §60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A §12 | (X) |
| E14 SDP Petition, G.L. c. 123A §9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c.6 §178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112 §12S | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.**

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

#3

## Commonwealth of Massachusetts

BRISTOL, ss.	TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2373CV00157

BRISTOL, SS SUPERIOR COURT
FILED

Soraya Santiago , PLAINTIFF(S),

v.	APR 2 1 2023

BJ's Wholesale Club, Inc. DEFENDANT(S)

JENNIFER A. SULLIVAN, ESQ.
CLERK/MAGISTRATE

**SUMMONS**

THIS SUMMONS IS DIRECTED TO BJ's Wholesale Club, Inc. . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**
2. **How to respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:
   a. Filing or mailing your **signed original** Answer with the Clerk's Office for Civil Business, Bristol County Superior Court, 9 Court Street, Taunton, MA 02780 (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: Gregory P. Sorbello, Esq. The Bottaro Law Firm LLC, 766 Eddy Street, Providence, RI 02903
3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under **Mass.R.Civ.P. 12.** If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rulesofcourt.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of you Answer or Motion to Dismiss.

Witness, Hon. Heidi E. Brieger, Chief Justice on March 14, 2023.

Jennifer A. Sullivan, Esq.
Clerk of the Courts

NOTE: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20____, I served a copy of this

Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999
*Suffolk, ss.*

April 13, 2023

I hereby certify and return that on 4/12/2023 at 9:00 AM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Statement of Damages in this action in the following manner: To wit, by delivering in hand to Darlena Mitchell, Manager, agent and person in charge at the time of service for BJ's Wholesale Club Inc., at CT Corporation System 155 Federal Street Suite 700 Boston, MA 02110 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($17.92) Total: $54.22

Deputy Sheriff    Joseph Casey

*Deputy Sheriff*